IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT S. HILLARD, | ) | 8:10CV52 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| WINDSTREAM | ) | |
| COMMUNICATIONS, and U.S. | ) | |
| CELLULAR, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal. (Filing No. 23.) The parties have stipulated and agreed to dismissal with prejudice. The court accepts the Stipulation for Dismissal.

IT IS THEREFORE ORDERED that:

1. In accordance with the parties' Stipulation for Dismissal, this matter is dismissed with prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 7th day of June, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge